UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARLENE CROWLEY

Plaintiff,

CA 06 216ML

V.

No.:

Providence County Superior Court
Civil Action File No.: PC06-0365

SUN COMPANY, INC. and DOES
1 through 100, inclusive

Defendants.

**NOTICE OF REMOVAL**

Defendant, Sunoco, Inc. ("Sun"), in accordance with the provisions of 28 U.S.C. 1446, hereby files a Notice of Removal of this action from the Superior Court for the County of Providence, Rhode Island, to the United States District Court for the District of Rhode Island. As grounds for the same, Sun avers through counsel that:

1. Sun is a corporation which has not been incorporated in the State of Rhode Island, or pursuant to the laws of that state and which is a citizen of and maintains its principal place of business in the Commonwealth of Pennsylvania.

2. Plaintiff is a citizen of the State of Rhode Island.

3. This is an action in which the plaintiff has demanded payment for her alleged personal injuries that she claims resulted from an incident in Woonsocket, Rhode Island that allegedly occurred on or about January 22, 2003 at a "gasoline station" located at Diamond Hill Road, Woonsocket, Rhode Island. She claims permanent personal injuries and has asked for damages and costs in the sum of $3,000,000 in her state complaint.

4. This Court has original jurisdiction of this action by virtue of the provisions of 28 U.S.C. 1332(a), in that plaintiff and Sun are citizens of different states and the matter(s) in controversy exceed(s) the sum or value of Seventy Five Thousand ($75,000.00) Dollars, exclusive of interest and costs. (The citizenship of any or all of the individual unnamed defendants "Doe" is not pleaded and is nevertheless irrelevant since they are described as being "principals, agents and/or employees of (Sun)" and acting in the course and scope of "such agency or employment", thus improperly and/or pretensively joined with no basis in fact or law supporting plaintiff's purported individual claims against any or all of them.)

5. Sun first received a copy of the initial pleadings in this action by virtue of a service of the Summons and Complaint upon CT Corporation on April 10, 2006, a report of which was received by Sun the following day.

6. In accordance with the General Orders of this Court, the following documents accompany this petition, are attached hereto and incorporated herein, by reference:

(a) a certified or attested copy of the State Court docket sheet(s).
(b) a certified or attested copies of every document in the State Court record which documents are arranged in the same sequential order as they appear on the State Court docket, each being tabbed to facilitate the location of an individual document.
(c) Removal is timely pursuant to 28 U.S.C. 1446(b).

On the basis on the foregoing, Sun has caused this Notice of Removal to be signed by its attorney pursuant to the provisions of Rule 11 of the Federal Rules of Civil Procedure.

Sunoco, Inc.,
by its attorney,

John B. Reilly, Esq. (BBO #545576)
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
FAX: (401) 738-0258

**CERTIFICATION**

I hereby certify that copies have been forwarded to **Janet W. Alexander, Esq.**, Law Office of Janet W. Alexander, 48 Hamlet Avenue, Woonsocket, Rhode Island 02895, and **Clerk's Office, Providence County Superior Court,** 250 Benefit Street, Providence, Rhode Island 02903, on this 9th day of May, 2006.

**ARLENE CROWLEY V. SUNOCO INC., *et al.***
Providence County Superior Court No: 2006-0365

**Certified Copies of Docket Sheet and Superior Court Record**

A. Docket Sheet

B. Complaint (The only document in the State Court record at this time.)