STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

ARLENE CROWLEY )
Plaintiff, )
vs. )
SUNOCO, INC.; and DOES 1 through 100, inclusive, )
Defendants. )

C.A. NUMBER: PC 06-0365

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 JAN 20 A 11:44

**COMPLAINT FOR PERSONAL INJURY**

Plaintiff Arlene Crowley complains of defendants Sunoco, Inc.; and Does 1 through 100, inclusive, and each of them, as follows:

**FIRST CAUSE OF ACTION FOR NEGLIGENCE**

**[Alleged Against All Defendants and Does 1 through 100, inclusive]**

1. The true name of defendants sued herein as Does 1 through 100, inclusive, are unknown at this time to plaintiff. Plaintiff prays that when the true names of these defendants or any of them are ascertained that she may have leave to amend this complaint and insert the true names of said defendants by appropriate amendments. Plaintiff is informed and believes and on such information and belief alleges that defendants named herein as Does 1 through 100, inclusive, are principals, agents and/or employees of defendant Sunoco, Inc.and that, in doing the things hereinafter alleged in this complaint, were acting as such principal, agent and/or employee and within the course and scope of such agency or employment.

2. Plaintiff is informed and believes and thereupon alleges the facts to be that at all times relevant herein, defendants Sunoco, Inc. ; and Does 1 through 100, inclusive, and each of them, owned, leased, operated, managed, controlled, maintained, repaired, inspected and oversaw a gasoline station located at Diamond Hill Road, Woonsocket, Rhode Island, which commercial establishment was open to the general public for general business, who were invited to enter and be upon the premises, plaintiff included.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

3. That on or about January 22, 2003, defendants Sunoco, Inc. and Does 1 through

100, inclusive, and each of them, as aforesaid, invited plaintiff and the general public to enter their building establishment, as described above, and having done so owed a duty to exercise due care in their owning, leasing, operating, managing, controlling, maintaining, repairing, inspecting and overseeing that building so as to make certain there was no danger of injury to those members of the public, such as plaintiff herein, who might lawfully be on the premises of their building complex.

4. That on or about January 22, 2003, at approximately 7:10 a.m., plaintiff lawfully entered the aforementioned business establishment of defendants. While there, plaintiff was caused to trip, slide and fall down on the walkway while exiting the business establishment located on Diamond Hill Road, Woonsocket, RI because defendants Sunoco, Inc; and Does 1 through 100, inclusive, and each of them, had so carelessly and negligently owned, leased, operated, managed, controlled, maintained, repaired, inspected and oversaw the premises of their business establishement so as to cause plaintiff to fall violently down from the walkway onto the curb, whereby plaintiff sustained the injuries and damages as hereinafter alleged. Defendants Sunoco, Inc; and Does 1 through 100, inclusive, and each of them, negligently or intentionally failed to adequately guard or warn against the dangerous condition of the walkway, all as aforesaid.

5. By reason of the carelessness and negligence of defendants and each of them, as aforesaid, plaintiff was caused to and did sustain injury to her body and was caused to suffer severe nervous shock.

6. As an actual, legal, direct and proximate result of the subject fall, plaintiff was made sick, sore, lame and disabled, and has suffered, and for an indefinite time will continue to suffer great pain, disability and emotional distress. Plaintiff is informed and believes and therefore alleges the facts to be that some or all of said injuries, sustained as aforesaid, are permanent.

7. By reason of said injuries, sustained as aforesaid, it was necessary for plaintiff to engage the services of physicians hospitals, and other medical and health providers. And Plaintiff continues to require medical care and services as a result of her injuries.

8. By reason of the aforesaid, plaintiff is informed and believes and thereupon alleges the facts to be that he has sustained and continues to sustain substantial general damages for pain and suffering and personal injury, and plaintiff requests an award of such damages.

Superior Court
Providence & Bristol
Providence, Rhode Island

according to proof at trial.

**PRAYER**

WHEREFORE, plaintiff Arlene Crowley prays judgment against the defendants Sunoco, Inc; and Does 1 through 100, inclusive, and each of them, as set forth below:

1. For an award for her damages and costs in the sum of three million dollars, Plaintiffs injuries being permanently disabling,

2. Plaintiff prays for a trial by jury,

3. For any and all other relief this court deems meet and just and the circumstances of the case may require.

DATED: January 20, 2006

By: ______________________

Janet W. Alexander Bar I.D. No: 5323
Law Office of Janet W. Alexander
48 Hamlet Avenue
Woonsocket, RI 02895

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island