UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARLENE CROWLEY

Plaintiff,

CA 06 216 ML

V. No.:

SUN COMPANY, INC. and DOES
1 through 100, inclusive

Defendants.

**ANSWER OF DEFENDANT, SUNOCO, INC.**

Defendant, Sunoco, Inc. ("this Defendant") hereby responds to Plaintiff Complaint as follows:

**FIRST DEFENSE**
**(Separate Paragraphs of Complaint)**

1. This Defendant denies that it is a proper party to this action. The remaining allegations of this paragraph are vague and ostensibly directed to a person or persons other than this Defendant. Therefore, this Defendant lacks information sufficient to form a belief as to such allegations and leaves the Plaintiff to her proof. Answering further, to the extent that this paragraph directly or indirectly implies negligence or other wrongdoing on the part of this Defendant or any other person or entity related in any way to this Defendant, it is denied.

2. Denied as to this Defendant. Answering further, this Defendant lacks information sufficient to form a belief as to the remaining allegations of this paragraph, thus neither admits nor denies the same and leaves the Plaintiff to her proof. To the extent that this paragraph directly or indirectly implies negligence or other wrongdoing on the part of this Defendant or any other person or entity related in any way to this Defendant, it is denied.

3. Denied as to this Defendant. Answering further, this Defendant lacks information sufficient to form a belief as to the remaining allegations of this paragraph, thus neither admits nor denies the same and leaves the Plaintiff to her proof. To the extent that this paragraph directly or indirectly implies negligence or other wrongdoing on the part of this Defendant or any other person or entity related in any way to this Defendant, it is denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

**SECOND DEFENSE**

This Defendant generally denies all parts, portions, claims, demands and allegations of the Plaintiff's Complaint, except those designated averments it has expressly admitted in this answer.

**THIRD DEFENSE**

This Defendant did not at any relevant time conduct a business in Rhode Island of the type described by the Plaintiff in her Complaint.

Any business of the type generally described in the Plaintiff's vague Complaint would most likely have been conducted by this Defendant's wholly owned subsidiary, Sunoco, Inc. (R&M) during the times described in Plaintiff's Complaint.

**FOURTH DEFENSE**

Plaintiff's Complaint fails to state a claim or cause of action upon which relief may be granted.

**FIFTH DEFENSE**

This Defendant asserts any applicable Statute of Limitations as a complete bar to Plaintiff's claims or alleged cause of action.

**SIXTH DEFENSE**

This Defendant asserts insufficiency of service of process as against Plaintiff's Complaint and alleged cause of action.

**SEVENTH DEFENSE**

Plaintiff's injuries (if any) were caused by her own actions and/or negligence.

**EIGHTH DEFENSE**

Plaintiff's injuries or damages (if any) resulted from the action or inactions of a person or persons presently unknown to this Defendant and as to whom or which this Defendant bears no legal relationship and/or responsibility.

**NINTH DEFENSE**

This Defendant reserves the right to assert such further defenses, pleads and/or set-offs are currently unknown to it, yet which may hereafter appear during the course of discovery, trial or otherwise.

WHEREFORE, this Defendant demands judgment against the Plaintiff, together with costs and trial, by jury.

Sunoco, Inc.,
by its attorney,

John B. Reilly, Esq. (BBO #545576)
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
FAX: (401) 738-0258

**CERTIFICATION**

I hereby certify that copies have been forwarded to **Janet W. Alexander, Esq.**, Law Office of Janet W. Alexander, 48 Hamlet Avenue, Woonsocket, Rhode Island 02895, on this 9th day of May, 2006.