FILED

JUL 21 2006

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARLENE CROWLEY
Plaintiff,

V.

No.: 06 – 216 ML

SUNOCO, INC. and DOES
1 through 100, inclusive
Defendants.

**MOTION OF DEFENDANT, SUNOCO, INC., TO COMPEL PLAINTIFF TO RESPOND TO REQUESTS FOR DOCUMENT PRODUCTION**

Defendant, Sunoco, Inc. ("Sun"), hereby moves, pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, for the entry of an order compelling Plaintiff to provide responses to requests for production of documents dated and served May 17, 2006, a copy of which is attached hereto and incorporated herein by reference.

Responses were due within thirty (30) days of service, that is, on or before Friday, June 16, 2006. An extension was granted by Defendant up to and including Monday, July 24, 2006, no firm date has been established for disclosure of the responses.

It is hereby certified that the movant has, in good faith, conferred or attempted to confer with counsel for Plaintiff in an effort to resolve this dispute without Court action. In accordance with Rule 7(a) of the local rules of this Court, no separate memorandum is required in support of this motion.

WHEREFORE, Defendant respectfully requests that Plaintiff be compelled to answer such requests within thirty (30) days of entry of an order hereon.

Sunoco, Inc.,
By Its Attorney,

John B. Reilly, Esq. (#1811)
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 8/17/06

**CERTIFICATION**

I hereby certify that a copy of this document has been forwarded to **Janet W. Alexander, Esq.**, Law Office of Janet W. Alexander, 48 Hamlet Avenue, Woonsocket, Rhode Island 02895, on this 21 day of July, 2006.