UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED FEB 1 2007 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

ARLENE CROWLEY
Plaintiff,

V. No.: 06 – 216 ML

SUNOCO, INC. and DOES
1 through 100, inclusive
Defendants.

**STIPULATION OF DISMISSAL**

In the above entitled matter it may be entered the Plaintiff's claims are hereby dismissed with prejudice and without interest or cost. Furthermore, the parties hereby waive any rights of appeal or remand.

The Plaintiff,
Arlene Crowley
By her attorney,

[signature]

Janet W. Alexander, Esq. (#5323)
Law Office of Janet Alexander
3 Marshall Drive
Cornwall, NY 12518
(401) 447-0071

The Defendant,
SUNOCO, Inc.
By its attorney,

[signature]

John B. Reilly, Esq. (#1811)
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, Rhode Island 02886
(401) 739-1800
Fax (401) 738-9258

Enter:
Mary M. Lisi
USDJ 2/1/07

**CERTIFICATION**

I hereby certify that copies have been forwarded to **Janet W. Alexander, Esq.**, Law Office of Janet W. Alexander, 3 Marshall Drive, Cornwall, NY 12518, this 31st day of January, 2007.